United States District Court
Southern District of Texas
**ENTERED**
September 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Tommy Marion, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-23-150 |
| § | |
| Principal Life Insurance Company § and Nicky B. Thompson, § § | |
| Defendants. § | |

## ORDER

On September 22, 2023, Plaintiff, Tommy Marion, filed a Notice of Dismissal (docket no. 334) stipulating to the dismissal of this action against remaining Defendant, Nicky B. Thompson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against refiling the same. Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 22nd day of September, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE